**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

AS PELEUS, A DELAWARE LIMITED : No. 17 EM 2017
LIABILITY COMPANY :
:
:
:
v. :
:
:
:
ALSON ALSTON, UNITED STATES C/O :
US ATTORNEY :
:
:
:
PETITION OF: ALSON ALSTON :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.